No. 83–5102. MAURER v. KARTOZIAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–5214. VOGEL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 83–5714. BRUTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5780. VARDAS v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–5809. BECKETT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–5811. SHANE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 83–5814. HUGHES v. ROWE ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–5819. LEDGER v. JAGO, SUPERINTENDENT, LONDON CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 83–5914. FRANK v. UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 83–5915. BROOKS v. CUNNINGHAM, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–5923. LANSDOWN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 83–5930. VILLEGAS-ROJAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5962. ANDERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–5981. MICHELENA-OROVIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6056. FONNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.